Donald L. Myles, Jr., Bar #007464
Ashley Villaverde Halvorson, Bar #027288
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7842
dmyles@jshfirm.com
ahalvorson@jshfirm.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Jacob Galvan<br><br>                              Plaintiff,<br><br>    v.<br><br>Timothy Carey Willis and Jane Doe Willis, a married couple; Flat Creek Transportation, an Alabama limited liability company<br><br>                              Defendants. | NO. TBD<br><br>**NOTICE OF REMOVAL** |

Defendants, Timothy Carey Willis ("Willis") and Flat Creek Transportation, LLC ("Flat Creek"), (hereinafter referred to as "Defendants"), file this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached at Exhibit A.

2. On October 7, 2020, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption "*Galvan v. Timothy Carey Willis, et al.*" A copy of all of the initial pleadings are attached as Exhibit B.

3. Willis was served with the Summons and Complaint on 10/17/20. A copy of the certificate of service is included with the Complaint in Exhibit B.

8921683.1

1  4. Flat Creek Transportation signed an acceptance of service of the Complaint on 11/16/20. A copy of the signed acceptance of service is included in Exhibit B.

5. Defendant Flat Creek is a foreign corporation with its principal place of business in Montgomery, Alabama. Defendant Willis is a resident of Montgomery, Alabama. According to the Complaint, Plaintiff is a citizen and resident of Maricopa County, Arizona. (Complaint at ¶1).

6. Plaintiff submitted a pre-suit demand of $4.5 million. He claims he sustained severe personal injuries, emotional distress, loss of enjoyment of life, pain and suffering, medical, property and other special damages, and he alleges he will suffer future pain and medical expenses in the future. He further prays to be awarded costs, pre- and post-judgment interest, expenses, and fees. (*Id*. at pp. 3, 5).

7. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332(a)(2) in that the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and the action is between a citizen of a state and citizens of a foreign state. Based on these allegations and those contained in Exhibits A and B, this Action may be removed to this Court pursuant to provisions in 28 U.S.C. § 1441(a)-(b) and 28 U.S.C. § 1446(b)(3).4.

8. The United States District Court for the District of Arizona is the Court embracing the place wherein such action is pending in state court.

9. This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(d).

10. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

WHEREFORE, Defendant respectfully requests that this action be removed to this Court.

DATED this 16th day of November, 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By  */s/ Ashley V. Halvorson*
Donald L. Myles, Jr.
Ashley Villaverde Halvorson
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Boone L. Cragnun
Goldberg & Osborne, LLP
4105 N. 51st Avenue, Suite 117
Phoenix, AZ 85031


/s/  Judy McAuley

8921683.1

3