# EXHIBIT A TO NOTICE OF REMOVAL

```
1  Donald L. Myles, Jr., Bar #007464
   Ashley Villaverde Halvorson, Bar #027288
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona  85004
   Telephone:  (602) 263-1743
4  Fax:  (602) 200-7842
   dmyles@jshfirm.com
5  ahalvorson@jshfirm.com
   minuteentries@jshfirm.com
6
```

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| CHARLES JACOB GALVAN, in his sole and separate right, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY CAREY WILLIS and JANE DOE WILLIS, a married couple; FLAT CREEK TRANSPORTATION, an Alabama limited liability company; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X; and JANE DOES I-X, <br><br> Defendants. | NO. CV2020-012574 <br><br> **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** <br><br> (Assigned to the Honorable Scott M. McCoy) |

Defendants, Timothy Carey Willis and Flat Creek Transportation (hereinafter referred to as ("Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1441, et seq., notifies this Court that they filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

8921774.1

1         DATED this 16th day of November, 2020.

2                                 JONES, SKELTON & HOCHULI, P.L.C.

4                             By ***/s/ Ashley V. Halvorson***
                                  Donald L. Myles, Jr.
5                                   Ashley Villaverde Halvorson
                                  40 North Central Avenue, Suite 2700
6                                   Phoenix, Arizona  85004

8 ORIGINAL of the foregoing electronically filed this 16th day of November, 2020.

9 COPY of the foregoing e-mailed
10 this 16th day of November, 2020, to:

11 Boone L. Cragun
GOLDBERG & OSBORNE, LLP
12 4105 N. 51st Avenue, Suite 117
Phoenix, AZ 85031
13 bcragun@goldbergandosborne.com

14 /s/ Judy McAuley

8921774.1                                 2