# EXHIBIT B TO

# NOTICE OF REMOVAL

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
10/7/2020 1:17:06 PM
Filing ID 12081550

**GOLDBERG & OSBORNE, LLP**
Boone L. Cragun, Esq. #028372
4105 N. 51st Avenue, Suite 117
Phoenix, Arizona 85031
Tele: (602) 808-6223
Email: bcragun@goldbergandosborne.com
*Attorney for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| CHARLES JACOB GALVAN, in his sole and separate right, | NO. **CV2020-012574** |
| Plaintiff, | **COMPLAINT** |
| vs. | **(TORT-MOTOR VEHICLE)** |
| TIMOTHY CAREY WILLIS and JANE DOE WILLIS, a married couple;  FLAT CREEK TRANSPORTATION, an Alabama limited liability company; ABC PARTNERSHIPS I-X; XYZ CORPORATIONS I-X; JOHN DOES I-X and JANE DOES I-X, | |
| Defendants. | |

COMES NOW the Plaintiff, Charles Jacob Galvan, hereinafter referred to as "Plaintiff", individually, by and through undersigned counsel, complaining of the Defendants, and in support thereof, state as follows:

**I.  JURISDICTION & VENUE**

1.     Plaintiff is a resident of Maricopa County, Arizona; the cause of action on which this Complaint is based occurred in Maricopa County, Arizona.

2.     Upon information and belief, Defendants Timothy Carey Willis and Jane Doe Willis are residents of the State of Alabama and reside in Montgomery County, Alabama.

1

GOLDBERG & OSBORNE, LLP
4105 N. 51ST Ave., Ste. 117
Phoenix, Arizona 85031
602-808-6400

GOLDBERG & OSBORNE, LLP
4105 N. 51ST Ave., Ste. 117
Phoenix, Arizona 85031
602-808-6400

3.     Upon information and belief, at the time of said collision, Defendant Timothy Carey Willis, hereinafter referred to as "Defendant Willis", and Jane Doe Willis were acting for and on behalf of their marital community.

4.     Upon information and belief, Defendant Flat Creek Transportation is an Alabama limited liability company doing business in Arizona and caused an event to occur in Maricopa County, Arizona that is the subject of Plaintiff's Complaint herein.

5.     Upon information and belief, Defendant Willis was an employee, servant and/or agent of Defendant Flat Creek Transportation and was acting within the course and scope of employment or under their direction and control, or under such circumstances as to justify imputing responsibility for the careless and/or negligent and/or reckless acts complained of herein to Defendants under the principles of *respondeat superior*.

6.     Upon information and belief, Defendants ABC PARTNERSHIPS I - X, XYZ CORPORATIONS I - X, JOHN DOES I - X, AND JANE DOES I - X, were either spouses or servants or employers or parents or owners or parent companies or subsidiaries or other persons and/or entities legally responsible for the negligent conduct of the driver of the subject vehicle, currently identified as Defendant Willis, as described herein, upon theories of negligence, master/servant, employment, agency, contract and/or other legal theories, and these persons and /or entities are legally responsible for the conduct of the driver of the subject vehicle, currently identified as Defendant Willis, and the resulting injuries and damages suffered by the Plaintiff as alleged herein. On information and belief, the fictitiously named defendants are, in some manner, responsible for the acts of the driver of the subject vehicle, currently identified as Defendant Willis, alleged herein. When the true names of these defendants are ascertained, Plaintiff will seek leave of the Court to amend the Complaint.

7.     Plaintiff seeks damages in excess of the minimum jurisdictional limits of this Court.

8.     The corporate Defendants are authorized to do and are doing business in Arizona.

2

GOLDBERG & OSBORNE, LLP
4105 N. 51ˢᵗ Ave., Ste. 117
Phoenix, Arizona 85031
602-808-6400

9.      Venue is proper in Maricopa County because the cause of action on which this Complaint is based occurred in Maricopa County, Arizona.

10.     This cause of action conforms to Tier Two (2), conform Rule 26.2 of the Arizona Rules of Civil Procedure.

## II. GENERAL ALLEGATIONS OF FACT

11.     Plaintiff incorporates all previous paragraphs and allegations herein by reference as if fully set forth herein.

12.     On or about October 12, 2018, Plaintiff was operating a motor vehicle traveling eastbound on Interstate 10 at or near milepost 114 in Maricopa County, Arizona.  At or around the same time, Defendant Willis was operating a motor vehicle at or around the same location of eastbound Interstate 10 at or near milepost 114 behind Plaintiff.  Defendant Willis negligently operated his motor vehicle when he caused a rear-end type of collision into the rear of Plaintiff's motor vehicle, which was consequently pushed by that collision into the rear of the motor vehicle located immediately in front of Plaintiff.  Said collision caused injuries and associated damages to Plaintiff.

13.     That as a proximate result of the negligence, carelessness and recklessness of Defendant Willis, Plaintiff sustained severe personal injuries.  Plaintiff has suffered emotional distress, pain and suffering, as well as having incurred medical, property and other special damages, and other losses and miscellaneous expenses in amounts to be proven at trial.  Plaintiff will continue to suffer pain as a result of the injuries and will incur additional medical expenses and associated damages in the future.

14.     That Plaintiff's enjoyment of life has been impaired and will remain so in the future.

## III.  COUNT ONE - (Negligence)

15.     Plaintiff incorporates all previous paragraphs and allegations herein by reference

as if fully set forth herein.

16.    Defendant Willis owed a duty to Plaintiff to operate his vehicle in a proper manner.

17.    Defendant Willis breached his duty of care by driving negligently.

18.    The actions and/or inactions of Defendant Willis are the legal and proximate cause of Plaintiff's damages.

19.    Plaintiff has been damaged as a result of Defendant Willis's negligence.

## IV.  COUNT TWO - (Negligence *Per Se*)

20.    Plaintiff incorporates all previous paragraphs and allegations herein by reference as if fully set forth herein.

21.    Defendant Willis breached his statutory duty to control his speed to avoid the collision, pursuant to Ariz. Rev. Stat. § 28-701(A).

22.    Defendant Willis's breach of this statutory duty constitutes negligence *per se*.

23.    The actions and/or inactions of Defendant Willis are the legal and proximate cause of Plaintiff's damages.

24.    Plaintiff has been damaged as a result of Defendant Willis's negligence *per se*.

## V.  COUNT THREE - (Negligent Entrustment)

25.    Plaintiff incorporates all previous paragraphs and allegations herein by reference as if fully set forth herein.

26.    Defendant Flat Creek Transportation owned the motor vehicle operated by Defendant Willis.  Defendant Flat Creek Transportation owed a duty to users of the public roads and highways to act reasonably when providing and/or allowing others to drive their vehicle. Defendant Flat Creek Transportation was negligent and breached their duty to users of the public roads and highways to act reasonably when providing and/or allowing others to drive their vehicle, by providing and/or allowing Defendant Willis to drive their vehicle. Upon information

GOLDBERG & OSBORNE, LLP
4105 N. 51ˢᵗ Ave., Ste. 117
Phoenix, Arizona 85031
602-808-6400

4

and belief, Defendant Flat Creek Transportation negligently entrusted their motor vehicle to Defendant Willis, which said negligent entrustment was a cause of the collision with Plaintiff's vehicle and a cause of Plaintiff's injuries and damages.

27.     Defendant Flat Creek Transportation knew of or should have known Defendant Willis was unfit to drive their vehicle and entrusted their vehicle to Defendant Willis notwithstanding.

28.     Plaintiff suffered the damages herein complained of as a result of the negligent entrustment.

## VI.  <u>COUNT FOUR – (Negligent Supervision, Training, and Control)</u>

29.     Plaintiff incorporates all previous paragraphs and allegations herein by reference as if fully set forth herein.

30.     Defendant Flat Creek Transportation was negligent in failing to ensure that their employees adhered to the proper regulations and/or failed to properly supervise, train, and/or control their employees, including but not limited to Defendant Willis.

31.     Defendant Flat Creek Transportation was negligent in their supervision of Defendant Willis.

32.     The negligence of Defendant Flat Creek Transportation in directing, instructing, and supervising Defendant Willis was a cause of the collision.

33.     Plaintiff has been damaged as a result of the negligence of Defendant Flat Creek Transportation.

**WHEREFORE,** the Plaintiff, Charles Jacob Galvan, respectfully requests that this Honorable Court enter judgment for the Plaintiff and against the Defendants in an amount reasonable to compensate Plaintiff and in excess of the minimum jurisdictional limits of this Court for the damages caused by the Defendants, plus the Plaintiff prays that he be awarded his costs, pre- and post-judgment interest at the maximum rate allowed by law, expenses and fees

GOLDBERG & OSBORNE, LLP
4105 N. 51ˢᵗ Ave., Ste. 117
Phoenix, Arizona 85031
602-808-6400

5

associated with prosecuting this matter, and for any additional damages the Court deems just and proper.

DATED this 7<u>th</u> day of October, 2020.

**GOLDBERG & OSBORNE, LLP**

By:/s/  Boone L. Cragun
       Boone L. Cragun, Esq.
       *Attorney for Plaintiff*

**ORIGINAL** of the foregoing *e-filed
this 7<u>th</u> day of October, 2020, to:

Maricopa County Superior Court
*Via TurboCourt

By:  /s/ *Jose A. Sedano*

**GOLDBERG & OSBORNE, LLP**
4105 N. 51ˢᵗ Ave., Ste. 117
Phoenix, Arizona 85031
**602-808-6400**

6

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
10/7/2020 1:17:06 PM
Filing ID 12081555

Person/Attorney Filing: Boone L Cragun
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6223
E-Mail Address: bcragun@goldbergandosborne.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028372, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

CHARLES JACOB GALVAN
Plaintiff(s),
v.
TIMOTHY CAREY WILLIS, et al.
Defendant(s).

Case No.  **CV2020-012574**

**SUMMONS**

To: FLAT CREEK TRANSPORTATION

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *October 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5033984

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
10/7/2020 1:17:06 PM
Filing ID 12081554

Person/Attorney Filing: Boone L Cragun
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6223
E-Mail Address: bcragun@goldbergandosborne.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028372, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

CHARLES JACOB GALVAN
Plaintiff(s),
v.
TIMOTHY CAREY WILLIS, et al.
Defendant(s).

Case No.  **CV2020-012574**

**SUMMONS**

To: JANE DOE WILLIS

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5033984

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *October 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5033984

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
10/7/2020 1:17:06 PM
Filing ID 12081553

Person/Attorney Filing: Boone L Cragun
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6223
E-Mail Address: bcragun@goldbergandosborne.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028372, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

CHARLES JACOB GALVAN
Plaintiff(s),
v.
TIMOTHY CAREY WILLIS, et al.
Defendant(s).

Case No.  **CV2020-012574**

**SUMMONS**

To: TIMOTHY CAREY WILLIS

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *October 07, 2020*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #5033984

*Attorney or Party without Attorney:*
Boone L Cragun
GOLDBERG & OSBORNE LLP
4105 N 51st Ave, Ste 117
Phoenix, AZ 85031
*TELEPHONE No.:* (602) 808-6400

*Attorney for:* Plaintiff(s)

CLERK OF THE
SUPERIOR COURT
RECEIVED
DOCUMENT CCB #1
DEPOSITORY
2020 NOV -3 PM 2: 17

*Ref No. or File No.:*
GALVAN, Charles - 1904365 (301859)

*Insert name of Court, and Judicial District and Branch Court:*
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

*Petitioner:* Charles Jacob Galvan, in his sole and separate right
*Respondent:* Timothy Carey Willis and Jane Doe Willis, a married couple

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | CV2020-012574 |

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summons; Complaint; Certificate of Compulsory Arbitration

a. Party served        Timothy Carey Willis
    Age: 60 Race: Caucasian Sex: Male Eyes:  Height: 5'10" Weight: 160 Hair:

Address where served:  636 Plantation Way
                        Montgomery, AL 36109-1826

. I served the party
a. I personally delivered the documents to the party or person authorized to
    receive service of process for the party (1) on: 10/17/2020    (2) at: 6:10 PM

Person who served papers:
NATIONWIDE LEGAL    Name:  Tony Mann
    County of ,                                    The fee for service was: $ 145.00
    3150 N. 24TH STREET, D-104
    Phoenix, AZ 85016
    (602) 256.9700
    www.nationwideasap.com

Date:  October 23, 2020

(Tony Mann)

AZ208358

| Attorney or Party without Attorney: | |
|---|---|
| Boone L Cragun<br>GOLDBERG & OSBORNE LLP<br>4105 N 51st Ave, Ste 117<br>Phoenix, AZ 85031<br>*TELEPHONE No.:* (602) 808-6400 | |
| Attorney for: Plaintiff(s) | |

Ref No. or File No.:
GALVAN, Charles - 1904365 (301859)

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY
2020 NOV -3 PM 2: 17

*Insert name of Court, and Judicial District and Branch Court:*
In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

*Petitioner:* Charles Jacob Galvan, in his sole and separate right
*Respondent:* Timothy Carey Willis and Jane Doe Willis, a married couple

| **CERTIFICATE OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV2020-012574 |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the Summons; Complaint; Certificate of Compulsory Arbitration

a. Party served          Jane Doe Willis

Address where served: 636 Plantation Way
                      Montgomery, AL 36109-1826

. I served the party

b.  On: 10/17/2020  at: 6:10 PM  I left the documents in the presence of:
    Timothy Carey Willis  - Resident
    Age: 60 Race: Caucasian Sex: Male Eyes:  Height: 5'10" Weight: 160 Hair:

    (1)  (business) a person apparently in charge at the office or usual place of business of the person to be served.  I
         informed him or her of the general nature of the papers.

Person who served papers:
NATIONWIDE
LEGAL
          Name:  Tony Mann
          County of ,
          3150 N. 24TH STREET, D-104          The fee for service was: $ 51.00
          Phoenix, AZ 85016
          (602) 256.9700
          www.nationwideasap.com

**Service Note:  When asked about his marital status Timothy stated that is "None of your business". A courtesy copy was left for Jane Doe Willis.**

Date:  October 23, 2020

_____
(Tony Mann)

AZ208404

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
10/7/2020 1:17:06 PM
Filing ID 12081552

Person/Attorney Filing: Boone L Cragun
Mailing Address: 698 E Wetmore Rd Ste 200
City, State, Zip Code: Tucson, AZ 85705
Phone Number: (602)808-6223
E-Mail Address: bcragun@goldbergandosborne.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028372, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

CHARLES JACOB GALVAN
Plaintiff(s),
v.
TIMOTHY CAREY WILLIS, et al.
Defendant(s).

Case No.   **CV2020-012574**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By:  Boone L Cragun /s/
     Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #5033984

**GOLDBERG & OSBORNE, LLP**
Boone L. Cragun, Esq. #028372
4105 N. 51st Avenue, Suite 117
Phoenix, Arizona 85031
Tele: (602) 808-6223
Email: bcragun@goldbergandosborne.com
*Attorney for Plaintiff*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CHARLES JACOB GALVAN,<br><br>             Plaintiff,<br>     vs.<br><br>TIMOTHY CAREY WILLIS, et al.,<br><br>             Defendants. | NO.: **CV2020-012574**<br><br>**ACCEPTANCE OF SERVICE AND WAIVER OF PROCESS BY DEFENDANTS FLAT CREEK TRANSPORTATION**<br><br>(Assigned to the Hon. Scott M. McCoy) |

I, Ashley Villaverde Halvorson, Esq., attorney for Flat Creek Transportation, hereinafter referred to as "Defendants", am authorized to and do hereby accept service of the Summons, Complaint, and Certificate Re: Arbitration in this matter for and on behalf of said Defendants.

Defendants waive formal service of process, and any defenses of insufficiency of service of process of Defendants, and understands that by the undersigned counsel accepting service of the Summons, Complaint, and Certificate Regarding Compulsory Arbitration, it is the same as if Defendants were personally served under *Ariz. R. Civ. P.* 4(f).

SIGNED AND ACCEPTED this 16th day of November , 2020.

By: _____
*Attorney for Defendants*